*Coto, T*

Thelen Reid Brown Raysman & Steiner, LLP
Joel L. Finger
Theo E.M. Gould
900 Third Avenue
New York, New York 10022
(212) 895-2000

Attorneys for Defendants

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/23/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
CHRISTOPHER E. BROWN,                              :
                                                   :
                         Plaintiff,                : No. 07 cv 5782 (DLC DCF)
                                                   :
        - against -                                :
                                                   : STIPULATION EXTENDING TIME
MAYORE ESTATES LLC,                                :
A New York Limited Liability Company, and          :
CENTURY 21 DEPARTMENT STORES LLC,                  :
A New York Limited Liability Company,              :
                                                   :
                         Defendants.
------------------------------------------------------------ X

It is hereby stipulated and agreed by and between the undersigned counsel for Plaintiff Christopher E. Brown and Defendants Mayore Estates LLC and Century 21 Department Stores LLC (collectively "Defendants"), that the time in which Defendants may answer, move or otherwise respond to the Complaint in this matter is hereby extended for two (2) weeks, that is, to and including September 4, 2007.

*So ordered.*
*/s/ Denise Cote*
*August 23, 2007*