C-TC, T

PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
Ph: (212) 969-3000
Fx: (212) 969-2900
Richard M. Goldstein
Joshua A. Stein
Attorneys for Defendant Century 21

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
CHRISTOPHER E. BROWN,                :
                                     :
                     Plaintiff,      :     No. 07 CV 5782 (DLC DCF)
                                     :
      - against -                    :
                                     :     STIPULATION TO
                                     :     EXTEND TIME TO ANSWER
MAYORE ESTATES LLC,                  :
A New York Limited Liability Company, and :
CENTURY 21 DEPARTMENT STORES LLC, :
A New York Limited Liability Company, :
                                     :
                     Defendants.     :
-------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff Christopher E. Brown and Defendants Mayore Estates LLC ("Mayore"), and Century 21 Department Stores LLC ("Century 21") (collectively the "Defendants), that the time in which the Defendants may answer, move, or otherwise respond to the Complaint in this matter is hereby extended up to and including September 14, 2007.

Dated: September 4, 2007

_____
Richard M. Goldstein
Joshua A. Stein
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
(212) 969-3000
Attorneys for Defendant Century 21

_____
Justin Griffin
Louis Mussman
Ku & Mussman, P.A.
176 Route 304, Second Floor
Bardonia, New York 10954
(845) 623-8071
Attorneys for Plaintiff

Granted.
/s/ Denise Cote
September 11, 2007

*[signature]*

MARTIN KURLANDER

22 Court Street (Suite 602)
(718) 246 9060
Attorney for Mayore

SO ORDERED:

_____
U.S.D.J.