**MEMO ENDORSED**

## PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS
SÃO PAULO

Joshua A. Stein
Attorney at Law

Direct Dial 212.969.3552
jstein@proskauer.com

September 12, 2007

**BY HAND**



Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

Re: *Brown v. Mayore Estates LLC and Century 21 Department Stores LLC* - 07 CV 5782 (DLC) (DCF)

Dear Judge Cote:

We are counsel for Defendant Century 21 Department Stores LLC ("Century 21") in the above-referenced matter and, pursuant to your individual practices and the instructions provided by Courtroom Deputy Clerk Gloria Rojas, we write on behalf of counsel for all parties to request that the Preliminary Conference which was originally scheduled for September 14, 2007 be rescheduled for a date no earlier than the week of October 8, 2007.

As you may be aware, the Jewish high holy days begin this evening. Counsel for both Century 21 and Mayore Estates LLC will be observing Rosh Hashanah on September 14, 2007 and, therefore, cannot appear for the Preliminary Conference as scheduled. The high holy days continue over the next two and a half weeks (with Yom Kippur, Sukkot, and Simchat Torah).

Therefore, we respectfully request that the Court adjourn the Preliminary Conference currently scheduled for September 14, 2007 for a date no earlier than the week of October 8, 2007. We have been in contact with counsel for Plaintiff, and there is no objection to this request.

Respectfully submitted,

Joshua A. Stein

cc: Richard M. Goldstein, Esq.
J. Justin Griffin, Esq. (by fax)
Martin Kurlander, Esq. (by fax)

*The conference is adjourned to October 12 at noon.*

*Denise Cote*
*September 13, 2007*