PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
Ph: (212) 969-3000
Fx: (212) 969-2900
Richard M. Goldstein
Joshua A. Stein
Attorneys for Defendant Century 21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
CHRISTOPHER E. BROWN,                    :
                                         :
                    Plaintiff,           :     No. 07 CV 5782 (DLC DCF)
                                         :
        - against -                      :
                                         :     **NOTICE OF APPEARANCE**
                                         :
MAYORE ESTATES LLC,                      :
A New York Limited Liability Company, and :
CENTURY 21 DEPARTMENT STORES LLC, :
A New York Limited Liability Company,    :
                                         :
                    Defendants.          :
-----------------------------------------------------------x

To the Clerk of this Court and all parties of record:

    Enter the appearance of Joshua A. Stein, Proskauer Rose LLP, as co-counsel of record in this case for Defendant Century 21 Department Stores LLC ("Century 21"). Entry of this appearance shall in no way be deemed a wavier of any and all defenses, including but not limited to any and all jurisdictional defenses, available to Century 21.

    I certify that I am admitted to practice in this Court.

Dated: September 14, 2007
       New York, New York

Respectfully submitted,

*[signature]*

Richard M. Goldstein
Joshua A. Stein
PROSKAUER ROSE LLP
1585 Broadway
New York, New York  10036
Telephone:    212.969.3000
Facsimile:    212.389.2900
rgoldstein@proskauer.com
jstein@proskauer.com

Attorneys for Defendant Century 21