PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
Ph: (212) 969-3000
Fx: (212) 969-2900
Richard M. Goldstein
Joshua A. Stein
Attorneys for Defendant Century 21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
CHRISTOPHER E. BROWN,                          :
                                               :
                      Plaintiff,               :    No. 07 CV 5782 (DLC DCF)
                                               :
         - against -                           :
                                               :
MAYORE ESTATES LLC,                            :
A New York Limited Liability Company, and      :
CENTURY 21 DEPARTMENT STORES LLC,              :
A New York Limited Liability Company,          :
                                               :
                      Defendants.              :
-----------------------------------------------------------x

## STATEMENT PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification and recusal, the undersigned attorney of record for Defendant Century 21 Department Stores LLC ("Century 21") certifies that:

1. The following reflects any publicly held corporate parents, and/or listing of any publicly held company that owns 10% or more of Century 21 stock:

   None.

Dated:  New York, New York
       September 14, 2007

PROSKAUER ROSE LLP

By: _____
    Richard M. Goldstein
    Joshua A. Stein
1585 Broadway
New York, NY 10036
Ph:  (212) 969-3000
Fx:  (212) 969-2900

Attorneys for Defendant Century 21