OCT 02 2007 16:36 FR PROSKAUER ROSE LLP 192 969 2921 TO *5137*19279001*8 P.02

PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
Ph: (212) 969-3000
Fx: (212) 969-2900
Richard M. Goldstein
Joshua A. Stein
Attorneys for Defendant Century 21

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x

CHRISTOPHER E. BROWN,

          Plaintiff,

- against -

MAYORE ESTATES LLC,
A New York Limited Liability Company, and
CENTURY 21 DEPARTMENT STORES LLC,
A New York Limited Liability Company,

          Defendants.

-------------------------------------x

No. 07 CV 5782 (DLC DCF)

**STIPULATION TO
EXTEND TIME TO ANSWER
CROSS-CLAIMS**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Co-Defendant Mayore Estates LLC ("Mayore"), and Co-Defendant Century 21 Department Stores LLC ("Century 21") that the time in which Century 21 may answer the Cross-Claims in this matter is hereby extended up to and including October 12, 2007.

Dated: October 2, 2007

_____
Richard M. Goldstein
Joshua A. Stein
Proskauer Rose LLP
1585 Broadway
Attorneys for Co-Defendant Century 21

_____
Martin Kurlander, Esq.
32 Court Street, Suite 602
Brooklyn, New York 11201
(718) ___ ____
Attorney for Co-Defendant Mayore

SO ORDERED:

_____
U.S.D.J.
October 7, 2007

** TOTAL PAGE.02 **