```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
CHRISTOPHER E. BROWN, an individual,      :    07 CIV. 5782 (DLC)
                                          :
                 Plaintiff,               :        ORDER
                                          :
        -v-                               :
                                          :
MAYORE ESTATES LLC, a New York Limited    :
Liability Company, and CENTURY 21         :
DEPARTMENT STORES LLC, a New York         :
Limited Liability Company,                :
                                          :
                 Defendants.              :
                                          :
----------------------------------------- X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 11/2/07

DENISE COTE, District Judge:

    For the reasons set forth in the October 30, 2007 letter from counsel for the defendants and with consent of plaintiff's counsel, the initial pretrial conference scheduled for October 31, 2007 is adjourned to **November 30, 2007** at **11:30 a.m.** There shall be no further adjournments.

Dated:    New York, New York
            November 1, 2007

                                            _____
                                              DENISE COTE
                                    United States District Judge